UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AXA XL, a division of AXA as subrogee of Robert Bosch Tool Corp.,

                Plaintiff,

-against-

MEDITERRANEAN SHIPPING COMPANY S.A. d/b/a MSC,

                Defendant.

22-CV-5946 (JGLC) (JLC)

**NOTICE OF REASSIGNMENT**

JESSICA G. L. CLARKE, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including ECF No. 21. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

    It is hereby ORDERED that no later than **September 22, 2023**, the parties shall file on ECF a joint letter pursuant to the Court's Individual Rule 3(d), updating the Court on the status of the case.

Dated: August 11, 2023
       New York, New York

                                        SO ORDERED.

                                        JESSICA G. L. CLARKE
                                        United States District Judge